THE STATE EX REL. GARRETT, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Garrett v. Indus.
Comm.* (1999), 86 Ohio St.3d 587.]

(No. 98–2483—Submitted July 28, 1999—Decided September 22, 1999.)

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Angela D. Marinakis,* Assistant
Attorney General, for appellee.

The judgment of the court of appeals is reversed. The cause is returned to the
Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994),
68 Ohio St.3d 315, 626 N.E.2d 666.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON,
JJ., concur.

COOK, J., dissents.